No. 856. RYAN *v.* THOMPSON ET AL. February 5, 1945. *Per Curiam:* The judgment is affirmed. (1) *Douglas* v. *Jeannette,* 319 U. S.

822

157, and cases cited; (2) *Hayman* v. *Galveston*, 273 U. S. 414; *Semler* v. *Dental Examiners*, 294 U. S. 608. *Mr. Ray E. Lane* for appellant.